```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------------X
                                                                       :
HAIDO IRENE HATZIMIHALIS,                                              :
                                                                       :
                                Plaintiff,                             :
                                                                       :               20-CV-8037 (JPC)
                -v-                                                    :
                                                                       :                    ORDER
SMBC NIKKO SECURITIES AMERICA, INC. et al.,                            :
                                                                       :
                                Defendants.                            :
                                                                       :
-----------------------------------------------------------------------X
```

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 12/9/2020

JOHN P. CRONAN, United States District Judge:

The Initial Pretrial Conference scheduled for December 16, 2020, at 2:00 p.m. is hereby adjourned to March 3, 2021, at 11:30 a.m.  The joint letter and Case Management Plan required by the Court's Notice of Initial Pretrial Conference Order dated October 19, 2020, (Dkt. 8), are due no later than one week before the March 3, 2021 conference.

It is further ORDERED that the parties file a joint status letter with the Court within a week of concluding the Court-annexed Mediation Program proceedings.

Dated: December 9, 2020
       New York, New York

_____
JOHN P. CRONAN
United States District Judge