**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
------------------------------------------------------------- X

HAIDO IRENE HATZIMIHALIS,              :

                                                :        Civil Action No.: 20-cv-08037 (JPC)

                 Plaintiff,        :

                                                :

        v.                     :        **NOTICE OF WITHDRAWAL**
                                                :        **OF LINDSAY M. GOLDBRUM**

SMBC NIKKO SECURITIES AMERICA, INC., :
JOHN BOLGER and OMAR ZAMAN, in their  :
individual and professional capacities,     :

                                                :

                 Defendants.    :
------------------------------------------------------------- X

       **PLEASE TAKE NOTICE** that Lindsay M. Goldbrum hereby withdraws her appearance

as counsel for Plaintiff Irene Hatzimihalis in the above-captioned matter, as she is no longer

affiliated with the law firm Wigdor LLP, counsel of record for Plaintiff.

Dated: September 8, 2022
       New York, New York                  Respectfully submitted,

                                           **WIGDOR LLP**

                                           By: _____
                                              Lindsay M. Goldbrum

                                          85 Fifth Avenue
                                          New York, NY 10003
                                          Telephone: (212) 257-6800
                                          Facsimile: (212) 257-6845
                                          lgoldbrum@wigdorlaw.com

                                          *Counsel for Plaintiff*