UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------X
HAIDO IRENE HATZIMIHALIS,

                    Plaintiff,

v.

SMBC NIKKO SECURITIES AMERICA, INC.,
JOHN BOLGER and OMAR ZAMAN, in their
individual and professional capacities,

                    Defendants.
-------------------------------------------------------------X

Civil Action No.: 20-cv-08037 (JPC)

**NOTICE OF APPEARANCE**

        **PLEASE TAKE NOTICE** that John S. Crain of Wigdor LLP hereby enters his appearance as counsel on behalf of Plaintiff in the above-captioned matter.

Dated:  March 15, 2023
         New York, New York

                                            **WIGDOR LLP**

                                            By: _____
                                                   John S. Crain

                                           85 Fifth Avenue
                                           New York, NY 10003
                                           Telephone:  (212) 257-6800
                                           Facsimile:   (212) 257-6845
                                           jcrain@wigdorlaw.com

                                           *Counsel for Plaintiff*