

**Valdi Licul**
vlicul@wigdorlaw.com

October 2, 2023

**VIA ECF**

The Honorable John P. Cronan
United States District Court
Southern District of New York
500 Pearl Street, Courtroom 12D
New York, NY 10007

      Re:    Hatzimihalis v. SMBC Nikko Securities America, Inc., *et al.*;
              Case No. 1:20-cv-08037-JPC

Dear Judge Cronan:

We represent the Plaintiff in this matter and write jointly with Defendants' counsel to inform the Court that the parties have reached a settlement. Accordingly, the parties respectfully request that the Court (1) remove from the calendar the deadlines for submission of pre-trial materials (October 2, 2023), the pretrial conference (November 8, 2023) and the trial dates (November 13 to 17, 2023), and (2) issue an order providing the parties with 30 days to submit a stipulation of dismissal.

We thank the Court for its time and attention to this matter.

Respectfully submitted,

Valdi Licul

Cc:    All counsel of record (*via* ECF)