```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------------X
                                                                       :
HAIDO IRENE HATZIMIHALIS,                                              :
                                                                       :
                                Plaintiff,                             :
                                                                       :         20 Civ. 8037 (JPC)
                -v-                                                    :
                                                                       :              ORDER
SMBC NIKKO SECURITIES AMERICA, INC. et al.,                            :
                                                                       :
                                Defendants.                            :
                                                                       :
-----------------------------------------------------------------------X
```

JOHN P. CRONAN, United States District Judge:

The Court has been informed that the parties have reached a settlement. It is hereby ORDERED that any pending conferences and deadlines are ADJOURNED *sine die*. It is further ORDERED that by November 3, 2023, the parties shall file either a stipulation of dismissal pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii) or a status letter regarding the status of settlement discussions.

SO ORDERED.

Dated: October 3, 2023
       New York, New York

                                                    JOHN P. CRONAN
                                                    United States District Judge