```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------X
                                                                 :
HAIDO IRENE HATZIMIHALIS,                                        :
                                                                 :
                          Plaintiff,                             :
                                                                 :           20 Civ. 8037 (JPC)
        -v-                                                      :
                                                                 :                 ORDER
SMBC NIKKO SECURITIES AMERICA, INC. et al.,                      :
                                                                 :
                          Defendants.                            :
                                                                 :
-----------------------------------------------------------------X
```

JOHN P. CRONAN, United States District Judge:

On December 5, 2023, the Court ordered the parties to file either a stipulation of dismissal pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii) or a letter regarding the status of settlement discussions by December 21, 2023. Dkt. 135. Neither has been filed. The parties are ordered to comply with the Court's Order by January 8, 2024.

SO ORDERED.

Dated: January 4, 2024
       New York, New York

                                            _____
                                                   JOHN P. CRONAN
                                               United States District Judge